**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

FEDERAL TRADE COMMISSION, and the
STATE OF FLORIDA

Plaintiffs,

CASE NO.: 2:17-cv-00228-AU-MRM

v.

VYLAH TEC, et al,

Defendants,
______________________________________/

PLEASE TAKE NOTICE that Charles L. Lichtman, Esq. and P. Benjamin Zuckerman, Esq., of BERGER SINGERMAN LLP, hereby enter their Notice of Appearance as counsel on behalf of Barry Mukamal, Temporary Receiver in the above-styled action, and request that all further motions, notices, pleadings, discovery and correspondence pertaining to this action be provided to the undersigned according to the contact information set forth below.

Dated: May 19, 2017

Respectfully submitted,


BERGER SINGERMAN LLP
*Counsel for Barry Mukamal, Temporary Receiver*
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
Telephone: (954) 525-9900

*/s/ P. Benjamin Zuckerman, Esq.*
Charles H. Lichtman, Esq.
Florida Bar No. 501050
clichtman@bergersingerman.com
P. Benjamin Zuckerman, Esq.
Florida Bar No. 187143
bzuckerman@bergersingerman.com
drt@bergersingerman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 19, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel/parties of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ P. Benjamin Zuckerman, Esq*
P. Benjamin Zuckerman, Esq.