**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and the STATE OF FLORIDA,<br><br>Plaintiffs,<br><br>v.<br><br>VYLAH TEC LLC, et. al.,<br><br>Defendants. | **Case No. 2:17-cv-00228-UA-MRM** |

**NOTICE OF COMPLIANCE**

Plaintiff, OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS ("the Attorney General"), pursuant to Fed. R. Civ. P. 5(d)(3) and Local Rule 2.01(d), hereby files this Notice of Compliance and, in support thereof, states as follows:

1. On May 17, 2017, this Honorable Court entered an Order to Comply for the undersigned to comply with Local Rule 2.01(d) regarding registration with the Court's CM/ECF filing system.

2. As of May 17, 2017, the undersigned, Assistant Attorney General Genevieve Bonan, certifies that she is registered with the Court's CM/ECF filing system and will continue to electronically file documents in compliance with Local Rules and the Federal Rules of Civil Procedure.

3. The undersigned can easily furnish additional documentation should the Court wish to review the same.

Respectfully submitted,

**PAMELA JO BONDI**
**ATTORNEY GENERAL**

*/s/ Genevieve Bonan*
By: Genevieve Bonan
Assistant Attorney General
Fla. Bar No. 109539
Office of the Attorney General
Consumer Protection Division
Genevieve.Bonan@myfloridalegal.com
1515 N. Flagler Drive, Ste. 900
West Palm Beach, FL 33401
Phone: (561) 837-5007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 22, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all parties and the persons identified below via transmission of Notice of Electronic Filing generated by CM/ECF, which will automatically send email notification of such filing to the counsel of record.

Robin L. Rock, Esq.
Sana C. Chriss, Esq.
Federal Trade Commission
Southeast Region
rrock@ftc.gov
schriss@ftc.gov

Robert N. Nicholson, Esq.
Nicholson & Eastin, LLP
robert@nicholsoneastin.com
parker@nicholsoneastin.com

Charles H. Lichtman, Esq.
BERGER SINGERMAN LLP
clichtman@bergersingerman.com

P. Benjamin Zuckerman, Esq.
BERGER SINGERMAN LLP
bzuckerman@bergersingerman.com
drt@bergersingerman.com

*/s/ Genevieve Bonan*
By: Genevieve Bonan