UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDERAL TRADE COMMISSION and
STATE OF FLORIDA,

    Plaintiffs,

v.                                      Case No:   2:17-cv-228-FtM-99MRM

VYLAH TEC LLC, EXPRESS TECH
HELP LLC, TECH CREW SUPPORT LLC,
ANGELO J. CUPO, ROBERT CUPO and
DENNIS CUPO,

    Defendants.
_____/

## ORDER

Pending before the Court are Special Admission Attorney Certification forms (Doc. 136 at 1-4) filed by John J. Vecchione, Mike Geske, Eric Bolinder, and Cynthia Fleming Crawford on December 14, 2017. The Court construes these forms to be requests to appear *pro hac vice*. (*See id.*). Upon review of the submissions, however, the Court cannot grant permission to appear specially at this time. *See* M.D. Fla. R. 2.02(a).

Specifically, counsel must affirmatively file a motion with the Court to obtain relief. *See* Fed. R. Civ. P. 7(b). Because the submissions by counsel are not in the form of a motion, the Court denies the requests to appear *pro hac vice* without prejudice to counsel's ability to re-file appropriate motions in compliance with the Federal Rules of Civil Procedure and this Court's Local Rules. The Court specifically directs the parties to comply with M.D. Fla. R. 2.02(a). Any re-filed motions must contain all of the information required by Local Rule 2.02(a).

Accordingly, the Court hereby **ORDERS** that:

The Special Admission Attorney Certification forms (Doc. 136 at 1-4) filed by John J. Vecchione, Mike Geske, Eric Bolinder, and Cynthia Fleming Crawford, which are construed as motions to appear *pro hac vice*, are **DENIED WITHOUT PREJUDICE** to the ability of counsel to re-file appropriate motions in compliance with Fed. R. Civ. P. 7(b) and M.D. Fla. R. 2.02(a).

**DONE AND ORDERED** in Fort Myers, Florida on December 15, 2017.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties