UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDERAL TRADE COMMISSION and
STATE OF FLORIDA,

    Plaintiffs,

v.                                              Case No: 2:17-cv-228-FtM-99MRM

VYLAH TEC LLC, EXPRESS TECH
HELP LLC, TECH CREW SUPPORT
LLC, ANGELO J. CUPO, ROBERT
CUPO and DENNIS CUPO,

    Defendants.
_____/

## **ORDER**[1]

Pending before the Court is Defendants' Renewed and Amended Motion to Unfreeze Individual Defendants' and Non-Party Assets and Credit (Doc. 203) and Plaintiffs Federal Trade Commission and State of Florida's opposition (Doc. 219). The Court also heard arguments from the parties on the matter at a hearing on May 31, 2018. The parties indicated at the hearing that they are open to resolving some of the assets identified in Defendants' motion without further (and unnecessary) Court intervention. The Court thus will reserve ruling on Defendants' motion until the parties meet and confer in good faith about resolving any of the challenged frozen assets.

Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**ORDERED:**

The Court **RESERVES** ruling on Defendants' Renewed and Amended Motion to Unfreeze Individual Defendants' and Non-Party Assets and Credit (Doc. 203) until the parties meet and confer in good faith about resolving any of the frozen assets named in Defendants' motion. The parties are to advise the Court of the results of their discussions no later than **June 22, 2018**.

**DONE** and **ORDERED** in Fort Myers, Florida this 1st day of June, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record