UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDERAL TRADE COMMISSION and
STATE OF FLORIDA,

    Plaintiffs,

v.                                      Case No: 2:17-cv-228-FtM-99MRM

VYLAH TEC LLC, EXPRESS TECH
HELP LLC, TECH CREW SUPPORT
LLC, ANGELO J. CUPO, ROBERT
CUPO and DENNIS CUPO,

    Defendants.
_____/

## **OPINION AND ORDER**[1]

Before the Court is Plaintiffs Federal Trade Commission and State of Florida's Unopposed Motion for Voluntary Dismissal with Prejudice of Defendant Dennis Cupo and Release of Frozen Funds. (Doc. 265). As all parties consent to the motion, it is ripe for review.

Federal Rule of Civil Procedure 41 allows a plaintiff to move the court to dismiss an action. Fed. R. Civ. P. 41(a)(2). Here, Plaintiffs request the Court dismiss with prejudice Dennis Cupo and release frozen funds held in Wells Fargo bank account ending in 8144 for non-party Complete Dealer Services LLC d/b/a Tint Protection. The parties also agree that each party will bear its own costs and attorney's fees as they relate to

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Dennis Cupo. Because the Court finds good cause for the unopposed requested relief, it will dismiss this case between Plaintiffs and Dennis Cupo per Rule 41(a)(2). The case remains pending against the other named Defendants.

Accordingly, it is now

**ORDERED:**

(1) Plaintiffs Federal Trade Commission and State of Florida's Unopposed Motion for Voluntary Dismissal with Prejudice of Defendant Dennis Cupo and Release of Frozen Funds (Doc. 265) is **GRANTED**.

    a. Dennis Cupo is **DISMISSED with prejudice** from this case.

    b. The Clerk is **DIRECTED** to terminate Dennis Cupo from the file.

(2) All frozen funds held in Wells Fargo bank account for non-party Complete Dealer Services LLC d/b/a Tint Protection ending in 8144 are to be **UNFROZEN** immediately.

(3) Defendant Dennis Cupo's Dispositive Motion for Summary Judgment (Doc. 233) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of September 2018.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record